IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| | *    CASE NO: 11-03378 EAG |
| IVETTE MERCADO YORDAN | * |
| | * |
| | *    CHAPTER 13 |
| DEBTOR (S) | * |

*********************************************

REQUEST FOR THE ENTRY OF ORDER AUTHORIZING DEBTORS TO USE THE
2014 INCOME TAX REFUND FOR PERSONAL USE

TO THE HONORABLE COURT:

**COME(S) NOW DEBTOR(S)**, through the undersigned counsel and respectfully to the Honorable Court state(s) and pray(s) as follows:

1. Debtor(s) filed the instant bankruptcy petition under the provisions of Chapter 13 on April 21, 2011.

2. Debtors' post confirmation modified Chapter 13 plan dated August 04, 2014, was confirmed by order dated September 04, 2014 and it includes the following provision:

   *Tax refunds, if any, will be devoted each year, as periodic payments, to the plan's funding until plan completion. Debtor(s) will amend the plan to provide for the payment of such refunds as lump sums for each year as applicable. If need be for the use by the debtor(s) of a portion of a portion of such refund, debtor(s) will seek court's authorization prior to the use of these funds.*

3. Debtors filed his income tax form for the year 2014 and received a refund in the amount of $942.00. Copy of the 2014 income tax form was electronically provided to the Chapter 13 Trustee (Trustee) via the internet program for the upload of documents (TEDFA). Refer to TEDFA receipt hereby included.

4. Debtor requests from the Honorable Court to enter an order authorizing her to use the 2014 income tax refund to pay for the repairs of electric connections at her residence. Copy of the invoice for this expense was submitted to the Trustee via TEDFA. Refer to TEDFA receipt hereby attached.

WHEREFORE, debtors hereby request from the Honorable Court to enter an order authorizing them to use the 2014 income tax refund to cover the aforementioned household expense.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served , or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the US Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. (L.B.R. 9013-1 (c)).

Respectfully submitted in San Juan, Puerto Rico, this June 22. 2015.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, and I hereby certify that I have mailed by United States Postal Service the document to all non CM/ECF participants as per the attached master address list.

*/s/ MADELINE SOTO PACHECO*
MADELINE SOTO PACHECO, ESQ.
USDC 207910
*ATTORNEY FOR DEBTOR (S):*
*Ivette Mercado Yordan*
LUBE & SOTO LAW OFFICES
1130 AVE. F D ROOSEVELT
SAN JUAN, PR 00920-2906
TEL.:SJ (787) 722-0909 - FAX: (787) 977-1709
TEL.: PONCE (787)841-1704 FAX (787)842-5402
E-mail: madelinesotopacheco@gmail.com



**Trustee Electronic Document Filing Application (TEDFA)**

**Confirmation Receipt**

**Case Number:** 1103378

**Username:** lubeysoto

**Debtor 1:** IVETTE MERCADO YORDAN

**Debtor 2:**

**Lawyer:** LUBE & SOTO LAW OFFICES PSC

**Atty. Firstname:** Madeline

**Atty. Lastname:** Soto

**Law Firm:** Lube y Soto Law Office

**Document Type Filed:** Appraisal and/or Comparable Sales Report

**Upload Date:** 6/22/2015 9:44:04 PM

**Original File(s) Name:** ESTIMADO PARA USAR REMBOLSO 2014.pdf

## IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

```
Label Matrix for local noticing          B-Line, LLC                              BANCO SANTANDER  PR
0104-2                                    MS 550                                   PO BOX 362589
Case 11-03378-EAG13                       PO Box 91121                             SAN JUAN, PR 00936-2589
District of Puerto Rico                   Seattle, WA 98111-9221
Ponce
Mon Jun 22 17:39:15 AST 2015

DORAL BANK                                EAST BAY FUNDING LLC/RESURGENT CAPITAL SERVI   US Bankruptcy Court District of PR
SERGIO RAMIREZ DE ARELLANO                PO BOX 288                               Jose V Toledo Fed Bldg & US Courthouse
PO BOX 70308                              GREENVILLE, SC 29602-0288                300 Recinto Sur Street, Room 109
SAN JUAN, PR 00936-8308                                                            San Juan, PR 00901-1964


BANCO POPULAR DE PUERTO RICO              BANCO POPULAR DE PUERTO RICO             BANCO SANTANDER DE PUERTO RICO
BANKRUPTCY DEPARTMENT                     CARD PRODUCTS DIVISION                   DIVISION TARJETAS DE CREDITO BANCARIAS
PO BOX 366818                             PO BOX 70100                             PO BOX 362589
SAN JUAN PR 00936-6818                    SAN JUAN, PR  00936-8100                 SAN JUAN, PR  00936-2589


COOP SANTA ISABEL                         Doral Bank                               East Bay Funding, LLC
CACSI                                     P.O. Box 70308                           c/o Resurgent Capital Services
PO BOX 812                                San Juan, P.R.  00936-8308               PO Box 288
SANTA ISABEL, PR  00757-0812                                                       Greenville, SC 29602-0288


INTERNAL REVENUE SERVICE                  (p)INTERNAL REVENUE SERVICE              JC PENNEY
CITY VIEW PLAZA II                        CENTRALIZED INSOLVENCY OPERATIONS        PO BOX 960090
48 CARR 165 STE 2000                      PO BOX 7346                              ORLANDO, FL  32896-0090
GUAYNABO, PR  00968-8000                  PHILADELPHIA PA 19101-7346


SANTANDER LEASING CORP                    SEARS CREDIT CARDS                       IVETTE MERCADO YORDAN
PO BOX 362589                             PO BOX 183081                            URB VILLA DEL CARMEN
SAN JUAN, PR  00936-2589                  COLUMBUS, OH  43218-3081                 2203 CALLE TORRECILLAS
                                                                                   PONCE, PR 00716-2217


JOSE RAMON CARRION MORALES                MADELINE SOTO PACHECO                    MONSITA LECAROZ ARRIBAS
PO BOX 9023884                            LUBE & SOTO LAW OFFICES, P.S.C.          OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-3884                   1130 AVE FD ROOSEVELT                    OCHOA BUILDING
                                          SAN JUAN, PR 00920-2906                  500 TANCA STREET  SUITE 301
                                                                                   SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA  19114-0326


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)B-Line, LLC                 End of Label Matrix
MS 550                         Mailable recipients    20
PO Box 91121                   Bypassed recipients     1
Seattle, WA 98111-9221         Total                  21
```